John Wesley Riggs, Minor, by Elwood Riggs, His Next Friend and Elwood Riggs (Appellees and Cross-Appellants), v. William M. Barrett, Individually and as Administrator With Will Annexed of Estate of Enid P. Barrett, Deceased (Appellant under Separate Appeal). Kathryn A. Culver et al., Appellees. Metropolitan Trust Company, Ancillary Administrator De Bonis Non With Will Annexed of Estate of Enid P. Barrett, Deceased (Appellee and Cross-Appellant). Ida Groves Gregory (Appellant). Continental Illinois National Bank and Trust Company of Chicago, Successor Trustee (Appellee).

Gen. No. 41,465.

opinion filed February 26, 1941; rehearing denied March 10, 1941. Deneen &

Massena and Henry H. Koven, for certain appellant; Marshall A. Pipin and David Bogolub, of counsel; Abraham W. Brussell, for certain other appellant; McCulloch, McCulloch & McLaren, for certain appellee; Frank H. McCulloch, Herman L. Taylor and Ned P. Veatch, of counsel; Winston, Strawn & Shaw, for certain other appellees and cross appellants; James H. Cartwright, Albert W. Potts and George B. Christensen, of counsel; Max M. Grossman and Samuel Grossman, for certain other appellee and cross appellant; Louis N. Grossman, of counsel; Michael F. Ryan, guardian *ad litem,* for certain other appellees; Richard F. McPartlin, Jr., of counsel. Opinion by MR. JUSTICE BURKE. "Not to be published in full."